UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:17-CV-00128-JHM

JANE COLLINS                                                                                                  PLAINTIFF

VS.

**AGREED ORDER OF DISMISSAL**

DAVIESS COUNTY BOARD OF EDUCATION                                              DEFENDANT

The parties, having resolved this matter in its entirety, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED:

(i) That the above-styled action, to include all claims asserted therein or that could have been asserted therein, is DISMISSED WITH PREJUDICE; and

(ii) That the parties to the above-styled action shall be responsible for their respective legal fees, expenses and costs incurred in the prosecution and defense of the action. This is a final Order with no just cause for delay.

HAVE REVIEWED THE FOREGOING AGREED ORDER OF DISMISSAL AND AGREED TO SAME:


/s/ Mauricus R. Lofton, (with permission)
Mauricus R. Lofton
Counsel for the Plaintiff

/s/ W. Cravens Priest III
Michael A. Owsley
W. Cravens Priest III
Counsel for Defendant


Clerk, upon entry send copies to:

Mauricus R. Loften (___)
W. Cravens Priest III  (___)


2778628