UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:17-CV-00128-JHM

JANE COLLINS                                                                                          PLAINTIFF

VS.

**<u>AGREED ORDER OF DISMISSAL</u>**

DAVIESS COUNTY BOARD OF EDUCATION                                        DEFENDANT

The parties, having resolved this matter in its entirety, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED:

(i)   That the above-styled action, to include all claims asserted therein or that could have been asserted therein, is DISMISSED WITH PREJUDICE; and

(ii)  That the parties to the above-styled action shall be responsible for their respective legal fees, expenses and costs incurred in the prosecution and defense of the action. This is a final Order with no just cause for delay.

*[signature]*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

October 16, 2018

HAVE REVIEWED THE FOREGOING AGREED ORDER OF DISMISSAL AND AGREED TO SAME:

/s/ Mauricus R. Lofton, (with permission)
Mauricus R. Lofton
Counsel for the Plaintiff

/s/ W. Cravens Priest III
Michael A. Owsley
W. Cravens Priest III
Counsel for Defendant

Clerk, upon entry send copies to:

Mauricus R. Loften (___)
W. Cravens Priest III  (___)

2778628